UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                        Plaintiff,

        -against-

STATE OF NEW YORK, ETAL.,

                      Defendants.

24-CV-3943 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the August 22, 2024, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 22, 2024
           New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge